IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JESSIE WILLIAM HARRISON                                                                 PLAINTIFF

v.                                    Case No. 4:24-cv-04109

JANE AND JOHN DOE JAILERS;
JANE AND JOHN DOE MEDICAL
STAFF; and NEVADA COUNTY                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 18, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Ford recommends that the Court dismiss Plaintiff's Complaint (ECF No. 1) without prejudice for failure to comply with the Court's Orders or to provide any excuse for his noncompliance.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders.

**IT IS SO ORDERED**, this 9th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge